IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN BOOTH,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD GARDEN et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:14-CV-197 RJS<br><br>District Judge Robert J. Shelby |

The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2). To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties." *See* 28 U.S.C.S. § 556(c) (2015).

The Complaint identifies the following Utah Department of Corrections (UDOC) employees as defendants:

      **RICHARD GARDEN**
      **KENNON TUBBS.**

Service of process on current government employees may be effected via authorized agent. If any of the named defendants are no longer employed by the State or the State is not authorized to accept service for any of these individuals, more information must be obtained from the State to complete service.

Accordingly, **IT IS HEREBY ORDERED** that: If the State is unable to accept service of process for the defendants identified above, the State shall disclose to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendants. Such information shall include, but is

not limited to, the defendants' full names and any known aliases, dates of birth, Social Security numbers, driver's license numbers, all previous addresses, and last known addresses on file. The U.S. Marshal shall take all necessary measures to safeguard any personal information provided by the State to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

**IT IS SO ORDERED**.

DATED this 22nd day of December, 2015.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court