IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN BOOTH,<br><br>               Plaintiff,<br><br>v.<br><br>RICHARD GARDEN et al.,<br><br>               Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-197-RJS<br><br>District Judge Robert J. Shelby |

       In an Order dated November 7, 2016, the Court required Plaintiff to--by December 7, 2016--file a response showing cause why his complaint should not be dismissed for failure to respond to Defendants' Motion to Dismiss and to prosecute this case. Plaintiff has not responded.

       IT IS THEREFORE ORDERED that, because he has failed to prosecute his/her case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

       DATED this 13th day of April, 2017.

                              BY THE COURT:

                              JUDGE ROBERT J. SHELBY
                              United States District Court